# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                    :   No. 598

PROMULGATION OF CONSUMER   :   Judicial Administration Docket
PRICE INDEX PURSUANT TO 42     :
Pa.C.S. §§ 1725.1(f) and 3571(c)(4) AND   :
FINANCIAL REGULATIONS, 204 Pa.    :
Code §§ 29.401-403                 :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of October, 2023, **IT IS ORDERED** pursuant to Article V, Section 10(c) of the Constitution of Pennsylvania and Sections 1721 and 3502(a) of the Judicial Code, 42 Pa.C.S. §§ 1721, 3502(a), that the Court Administrator of Pennsylvania is authorized to obtain and publish in the *Pennsylvania Bulletin* the percentage increase in the Consumer Price Index for calendar year 2022 as required by Act 96 of 2010, 42 Pa.C.S. §§ 1725.1(f) and 3571(c)(4) (as amended) and to revise the Financial Regulations, 204 Pa. Code §§ 29.401-403, as provided in those statutory escalation provisions.

To the extent notice of proposed rulemaking may be required by Rule of Judicial Administration 103, the immediate promulgation of the regulations is hereby found to be in the interests of efficient administration.